**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2136**

_____

HARRIS L. WINNS,

          Plaintiff - Appellant,

    v.

LOUIS DEJOY, U.S. Postal Service,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00241-DJN)

_____

Submitted:  January 22, 2025                     Decided:  March 25, 2025

_____

Before RICHARDSON, RUSHING, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Harris L. Winns, Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harris L. Winns appeals the district court's order dismissing his amended complaint alleging various claims based on employment discrimination on grounds of res judicata. We have reviewed the record and find no reversible error. Accordingly, we deny Winns' motion to appoint counsel, and we affirm the district court's order. *Winns v. DeJoy*, No. 3:24-cv-00241-DJN (E.D. Va. Nov. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*